ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Voxtel, Inc. | ) ASBCA Nos. 62959, 62960, 63003 |
| | ) |
| Under Contract Nos. W31P4Q-10-C-0144 et al. | ) |
| | ) |

APPEARANCE FOR THE APPELLANT:     Kate H. Kennedy, Esq.
                                  Davis Wright Tremaine LLP
                                  Seattle, WA

APPEARANCE FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                  DCMA Chief Trial Attorney
                                  Defense Contract Management Agency
                                  Chantilly, VA

ORDER OF DISMISSAL

On June 25, 2024, appellant filed a Motion to Dismiss advising the Board that the remaining appeals have been settled and request a dismissal of the appeals with prejudice. Counsel for the government concurred in the request. Accordingly, the appeals are dismissed with prejudice.

Dated: June 26, 2024

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62959, 62960, 63003, Appeals of Voxtel, Inc., rendered in conformance with the Board's Charter.

Dated: June 27, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals